UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
LUBAVITCH OF OLD WESTBURY, INC. :
and RABBI AARON KONIKOV,                  :
                                                          :
                        Plaintiffs,                 :
                                                          :          CASE NO.: 08-CV-5081(GRB)(LGD)
        -against-                                   :
                                                          :
INCORPORATED VILLAGE OF OLD      :
WESTBURY, NEW YORK,                      :
                                                          :
                        Defendant.                :
-------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiffs Lubavitch of Old Westbury, Inc.

and Rabbi Aaron Konikov and Defendant, The Incorporated Village of Old Westbury, New York,

that the above-captioned action shall be dismissed, in its entirety, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with prejudice, with each party to bear its own costs and fees.


Dated: March 26, 2026


**PLAINTIFFS**                                                **DEFENDANT**


By its attorneys,                                           By its attorneys,

*/s/  Eric M. Robinson*                                */s/ Mark J. Lesko*
Eric M. Robinson                                         Mark J. Lesko
Stevens & Lee, P.C.                                     LaPinta Lesko & Miskiewicz, P.C.
485 Madison Avenue, 20th Floor              200 Vanderbilt Motor Parkway
New York, NY 10022                               Suite C-17
Tel: 212-319-8500                                      Hauppauge, NY 11788
Fax: 212-319-8505                                     Tel: 631-682-9666
eric.robinson@stevenslee.com               mlesko@lapintalesko.com

/s/ Joseph L. Clasen
Joseph L. Clasen
John F.X. Peloso, Jr.
Robinson & Cole LLP
666 Third Avenue, 20th Floor
New York, NY 10017
Tel: 212-451-2900
Fax: 212-451-2999
jclasen@rc.com
jpeloso@rc.com

2